IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVIN ROLLINS,

    Plaintiff,

v.

DR. CHARLES GRISDALE and
DOCTOR GARBELMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-543-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    _____
Peter Oppeneer, Clerk of Court    11/29/12
                                                             Date